UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Ernest Garrett, | Court File No.: 22-cv-01640 (ADM/JFD) |
| Plaintiff, | |
| v. | **NOTICE OF LAW FIRM NAME CHANGE** |
| Boston Scientific Corporation, | |
| Defendant. | |

---

PLEASE TAKE NOTICE THAT effective February 7, 2024, MJSB Employment Justice, LLP changed its name to MSB Employment Justice, LLP. All future reference to the firm in this matter should be to MSB Employment Justice, LLP. The firm's and its lawyers' physical addresses, phone numbers and fax numbers have not been affected by this change. Lawyers' email addresses now use the extension "@msbjustice.com" but otherwise remain unchanged.

Date:  March 5, 2024                                **MSB Employment Justice LLP**

                                                    */s/ Colin J. Pasterski*
                                                    Colin J. Pasterski (#0398394)
                                                    6400 Flying Cloud Drive, Suite 215
                                                    Minneapolis, MN 55433
                                                    Phone: (612) 677-2356
                                                    cpasterski@msbjustice.com